UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ESO CAPITAL PARTNERS UK LLP,

                    Plaintiff,                    22-cv-10856 (JGK)

        - against -                               ORDER

SNOWBRIDGE ADVISORS LLC,

                    Defendant.

---

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by

**February 13, 2023.** The conference scheduled for April 18, 2023

is canceled.

SO ORDERED.

Dated:    New York, New York
          January 21, 2023

                                        _____
                                              John G. Koeltl
                                        United States District Judge