UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ESO CAPITAL PARTNERS UK LLP,                22-cv-10856 (JGK)

               Plaintiff,                ORDER

    - against -

SNOWBRIDGE ADVISORS LLC,

               Defendant.

---

**JOHN G. KOELTL, District Judge:**

The Court is in receipt of the parties' Rule 26(f) report (ECF No. 14). The parties are directed to appear, by phone, for a conference on **February 23, 2023**, at **3:00 p.m.**

Dial-in: 888-363-4749, with access code 8140049.

SO ORDERED.

Dated:    New York, New York
           February 16, 2023

                                       _____
                                       John G. Koeltl
                                    United States District Judge