UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――――――――

ESO CAPITAL PARTNERS UK LLP,                 22-cv-10856 (JGK)

               Plaintiff,                 ORDER

     - against -

SNOWBRIDGE ADVISORS LLC,

               Defendant.
―――――――――――――――――――――――――――――――

JOHN G. KOELTL, District Judge:

    The telephone conference on February 23, 2023, is **adjourned** to **February 28, 2023,** at **3:30 p.m.**

    Dial-in: 888-363-4749, with access code 8140049.

SO ORDERED.

Dated:    New York, New York
          February 17, 2023

                                            /s/ John G. Koeltl
                                              John G. Koeltl
                                       United States District Judge