UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――――――

ESO CAPITAL PARTNERS UK LLP,

               Plaintiff,

       - against -

SNOWBRIDGE ADVISORS LLC,

               Defendant.
―――――――――――――――――――――――――――――

22-cv-10856 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The parties are directed to send the Court a letter by **Friday, March 10, 2023,** advising of the parties' proposed resolution of the current status of the case and their intended next steps.

SO ORDERED.

Dated:    New York, New York
           February 28, 2023

                                            _____
                                              John G. Koeltl
                                          United States District Judge