```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
―――――――――――――――――――――――――――――――――

ESO CAPITAL PARTNERS UK LLP,                22-cv-10856 (JGK)

              Plaintiff,               ORDER

    - against -

SNOWBRIDGE ADVISORS LLC,

              Defendant.
―――――――――――――――――――――――――――――――――

**JOHN G. KOELTL, District Judge:**

The Court is in receipt of the parties' joint letter dated March 8, 2023 (ECF No. 20). The parties are directed to appear, by phone, for a conference on **Thursday, March 16, 2023**, at **11:30 a.m.**

Dial-in: 888-363-4749, with access code 8140049.

**SO ORDERED.**

**Dated:**    **New York, New York**
            **March 9, 2023**

                                          /s/ John G. Koeltl
                                            **John G. Koeltl**
                                  **United States District Judge**