UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ESO CAPITAL PARTNERS UK LLP,
                Plaintiff,          22-cv-10856 (JGK)

     - against -                         ORDER

SNOWBRIDGE ADVISORS LLC,
                Defendant.

---

JOHN G. KOELTL, District Judge:

    As discussed during today's conference, ESO Capital may file a motion for partial summary judgment. The parties should submit a proposed briefing schedule for such a motion by **March 23, 2023**. Also by **March 23, 2023**, Snowbridge Advisors should advise the Court by letter whether it intends to seek a jury trial.

    Fact discovery in this case will close on **September 1, 2023**. Expert discovery, including rebuttal reports, should be completed by **November 2, 2023**. Any dispositive motions are due **December 1, 2023**. The joint pre-trial order, along with proposed findings of fact and conclusions of law (if a bench trial) or proposed voir dire questions and requests to charge (if a jury trial), are due **January 5, 2024** or 21 days after a decision on any dispositive motion. The parties should be ready for trial on 48 hours' notice 21 days after the submission of the joint pre-trial order.

SO ORDERED.

Dated:    New York, New York
          March 16, 2023

                                                */s/ John G. Koeltl*
                                                John G. Koeltl
                                      United States District Judge