UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ESO CAPITAL PARTNERS UK LLP,

                Plaintiff,

- against -

SNOWBRIDGE ADVISORS LLC,

                Defendant.

22-cv-10856 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The plaintiff is directed to provide courtesy copies of the pending fully briefed motion for partial summary judgment (ECF No. 27).

SO ORDERED.

Dated:    New York, New York
           May 16, 2023

                                              /s/ John G. Koeltl
                                              John G. Koeltl
                                        United States District Judge