```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

---

ESO CAPITAL PARTNERS UK LLP,

                Plaintiff,

    - against -

SNOWBRDIGE ADVISORS LLC,

                Defendant.

22-cv-10856 (JGK)

ORDER

---

**JOHN G. KOELTL, District Judge:**

The parties are directed to appear via telephone on **December 7, 2023**, at **2:30 p.m.**, for oral argument on the motion for partial summary judgment.

Dial-in: 888-363-4749, with access code 8140049.

SO ORDERED.

Dated:    New York, New York
            December 4, 2023

                                          _/s/ John G. Koeltl_
                                             John G. Koeltl
                                     United States District Judge