```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
--------------------------------------

ESO CAPITAL PARTNERS UK LLP,

                Plaintiff,

- against -

SNOWBRDIGE ADVISORS LLC,

                Defendant.

22-cv-10856 (JGK)

**ORDER**

--------------------------------------

**JOHN G. KOELTL, District Judge:**

    For the reasons discussed at the hearing held on December 7, 2023, the plaintiff's motion for partial summary judgment is **granted**. The Clerk is directed to close ECF No. 27.

    The parties are directed to submit a Rule 26(f) report by **January 5, 2024.**

SO ORDERED.

Dated:    New York, New York
            December 7, 2023

                                          _____
                                          John G. Koeltl
                                        United States District Judge